### HALSEY v. COMMONWEALTH.

Court of Appeals of Kentucky.

Oct. 31, 1952.

H. L. Rudd, of Mt. Sterling, F. T. Allen, of Campton, and E. C. Roberts, of Campton, for movant.

J. D. Buckman, Jr., Atty. Gen., and William F. Simpson, Asst. Atty. Gen., for opposed.

### PER CURIAM.

Motion for an appeal from the Wolfe Circuit Court by Albert Halsey from judgment convicting him of selling whiskey in local option territory and fixing his punishment at a fine of $100 and confinement for 30 days in jail.

A careful consideration of the facts contained in the record, the questions raised, authorities cited and the law applicable, convinces us no error prejudicial to movant's substantial rights was committed, therefore the judgment is affirmed.